1  ADAM WANG (STATE BAR NUMBER 201233)
   ADAM PEDERSEN (STATE BAR NUMBER 261901)
2  LAW OFFICES OF ADAM WANG
   12 S First Street, Suite 708
3  San Jose, CA 95113
   Tel:  408-292-1040
4  Fax:  408-416-0248

5  Attorney for Plaintiff
   Guadalupe Jimenez
6
   RICHARD N. HILL, Bar No. 083629
7  ROBERT L. ZALETEL, Bar No. 96262
   2 LITTLER MENDELSON
8  A Professional Corporation
   650 California Street, 20th Floor
9  San Francisco, CA 94108.2693
   Telephone: 415.433.1940
10 Fax No.: 415.399.8490

11 Attorneys for Defendants
   FIRST, LAST & AL WAYS, INC. and DEVEN GADULA

12                 UNITED STATES FEDERAL COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO/OAKLAND DIVISION

15

16 GUADALUPE JIMENEZ,                    Case No.: C10-01128 PJH

17 on behalf of himself and others similarly    STIPULATION TO CONTINUE INITIAL
   situated,                                     CASE MANAGEMENT CONFERENCE TO
18             Plaintiff,                         FACILITATE SETTLEMENT

19      vs.

20 FIRST, LAST & ALWAYS, INC., DEVEN

21 GADULA, and DOES 1-10

22             Defendants

23

24      Parties, thorough their respective counsel, stipulate as follows:

25      1.      Plaintiff filed this wage and hour class action on March 17, 2010.

                                    1
COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

1

2.      Shortly after the filing of the Complaint, parties agreed to engage in settlement

2    discussions, in fact, Defendants have provided with Plaintiff with relevant payroll records, and

3    parties participated in a private mediation on June 11, 2010.

4          3.      Although the mediation did not resolve the matter, parties had productive

5    discussions and parties agreed to engage in further settlement discussions after the more detailed

6    analysis of the case is completed.

7          4.      To facilitate on-going settlement efforts, parties further stipulate and agree that

8    Plaintiff be given 60 days from the date here to serve the Summons on the Defendants; and the

9    initial case management conference be continued for 90 days to September 30, 2010.

          Dated:  June 16, 2010                    By:    /s/ Adam Wang
10                                                        Adam Wang
                                                          Attorney for Plaintiff
11

          Dated:  June ___, 2010                   By: /s/ Robert Zaletel
12                                                      Robert Zaletel
                                                        Attorney for Defendants
13

14
                            _____
                                   [PROPOSED] ORDER
15

16          GOOD CAUSE APPEARING, pursuant parties' stipulation, it is so ordered.

17   Parties shall file a joint case management statement no later than September 23, 2010.

18
          Dated:  June 18, 2010                    By: _____
19                                                     Phyllis J. Hamilton
                                                       U.S. District
20

21

22

23

24

25



2
**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**