1  ADAM WANG, Bar No. 201233
   ADAM PEDERSEN, Bar No. 261901
2  LAW OFFICES OF ADAM WANG
   12 S First Street, Suite 708
3  San Jose, CA 95113
   Tel:   408-292-1040
4  Fax:   408-416-0248

5  Attorney for Plaintiff
   Guadalupe Jimenez
6
   RICHARD N. HILL, Bar No. 083629
7  ROBERT L. ZALETEL, Bar No. 96262
   2 LITTLER MENDELSON
8  A Professional Corporation
   650 California Street, 20th Floor
9  San Francisco, CA 94108.2693
   Telephone: 415.433.1940
   Fax No.: 415.399.8490
10
   Attorneys for Defendants
11 FIRST, LAST & AL WAYS, INC. and DEVEN GADULA

12                    UNITED STATES FEDERAL COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO/OAKLAND DIVISION

15

16
   GUADALUPE JIMENEZ, on behalf of himself   Case No.: C10-01128 PJH
17
   and others similarly situated,            STIPULATION TO CONTINUE INITIAL
18                                            CASE MANAGEMENT CONFERENCE TO
              Plaintiff,                      FACILITATE SETTLEMENT & ORDER
19                                            THEREON
         vs.
20
   FIRST, LAST & ALWAYS, INC., DEVEN
21 GADULA, and DOES 1-10

22            Defendants

23
        Parties, thorough their respective counsel, stipulate as follows:
24
        1.      Plaintiff filed this wage and hour class action on March 17, 2010.
25

                                          1
   **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE &
   ORDER THEREON**

1    2.      Shortly after the filing of the Complaint, parties agreed to engage in settlement

2   discussions, and parties participated in a private mediation on June 11, 2010.

3    3.      Although the first mediation did not resolve the matter, parties had productive

4   discussions and agreed to engage in further settlement discussions after more detailed analysis of

5   the case was completed.

6    4.      To facilitate on-going settlement efforts, parties sought and were granted

7   continuance of the initial case management conference from June 24, 2010 to September 30,

8   2010.

9    5.      Now, Plaintiff has been provided with all relevant time cards and has completed

10   data entry based on which further analysis for potential damages will be performed.  The further

11   session of mediation has been scheduled on October 20, 2010.

12    6.      In light of pending mediation, parties request that the Initial Case Management

Conference be continued from September 30, 2010 to November 18, 2010.

13          Dated:  September 17, 2010          By: ___/s/ Adam Wang___
                                                          Adam Wang
14                                                        Attorney for Plaintiff

15          Dated:  September 17, 2010          By: /s/ Robert Zaletel
16                                                        Robert Zaletel
                                                          Attorney for Defendants

17

18          _____
                              [PROPOSED] ORDER

19

20          GOOD CAUSE APPEARING, pursuant parties' stipulation, it is so ordered.
                                                                              10,
21   Parties shall file a joint case management statement no later than November 4̶1̶0̶ 2010.

22          Dated:  September 22, 2010          By: _____
                                                         
23                                                       Phyllis J. Hamilton
                                                         U.S. District
24
                                                         
25

                                            2

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE &**
**ORDER THEREON**

**General Order 45, Attestation of Signatures**

I, the undersigned, attest that the concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their respective signatures.

Dated:  September 20, 2010                    By:  /s/ Adam Wang
                                                   Adam Wang
                                                   Attorney for Plaintiff

3

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE  &
ORDER THEREON**