ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261901
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:   408-292-1040
Fax:   408-416-0248

Attorney for Plaintiff
Guadalupe Jimenez

RICHARD N. HILL, Bar No. 083629
ROBERT L. ZALETEL, Bar No. 96262
2 LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendants
FIRST, LAST & AL WAYS, INC. and DEVEN GADULA

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| GUADALUPE JIMENEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST, LAST & ALWAYS, INC., DEVEN GADULA, and DOES 1-10<br><br>Defendants | Case No.: C10-01128 PJH<br><br>STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO FACILITATE SETTLEMENT & ORDER THEREON |

Parties, thorough their respective counsel, stipulate as follows:

1. Plaintiff filed this wage and hour class action on March 17, 2010.

1

2. Shortly after the filing of the Complaint, parties agreed to engage in settlement discussions, and parties participated in a private mediation on June 11, 2010.

3. Although the first mediation did not resolve the matter, parties had productive discussions and agreed to engage in further settlement discussions after more detailed analysis of the case was completed.

4. To facilitate on-going settlement efforts, parties sought and were granted continuance of the initial case management conference from November 18, 2010.

5. To prepare for mediation, Plaintiff has been provided with all relevant time cards and has completed analysis of potential exposure for liabilities.

6. In addition, parties had negotiated for Plaintiffs to conduct a review of Defendants' financial situations to remove one of primary obstacles to a successful mediation by a forensic accountant. To that end, Plaintiffs had first retained the accountant Mr. David Green who had indentified a list of documents for review.

7. After Defendants had prepared and gathered all documents identified by Mr. Green, parties had scheduled a further session of mediation on October 20, 2010 and arranged for financial review to be completed a week prior to that date. Unfortunately, Mr. Green unexpectedly became unavailable to complete the review within the time frame as arranged. As result, parties had to cancel the further mediation session scheduled for October 20, 2010, and retained another forensic accountant Mr. Jed Grene.

8. As of November 4, 2010, Mr. Grene had completed the financial review, and parties are in the process of confirming a further mediation session in late November or early December 2010.

9. As such, parties request that the Initial Case Management Conference be continued from November 18, 2010 to December 9, 2010.

Dated: November 12, 2010          By:    /s/ Adam Wang
                                         Adam Wang
                                         Attorney for Plaintiff

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & ORDER THEREON

1  Dated: November 12, 2010                    By: /s/ Robert Zaletel
2                                                  Robert Zaletel
                                                   Attorney for Defendants
3
4                              [~~PROPOSED~~] ORDER
5
6       GOOD CAUSE APPEARING, pursuant parties' stipulation, it is so ordered.

Parties shall file a joint case management statement no later than December ~~2~~ 9, 2010.
7  The case management conference is continued to December 16, 2010.

8  Dated: November 16, 2010                    By: _____
                                                   Phyllis J. Hamilton
9                                                  US District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & ORDER THEREON**

**General Order 45, Attestation of Signatures**

I, the undersigned, attest that the concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their respective signatures.

Dated: September 20, 2010                    By: /s/ Adam Wang
                                                  Adam Wang
                                                  Attorney for Plaintiff

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & ORDER THEREON**