ADAM WANG (STATE BAR NUMBER 201233)
ADAM PEDERSEN (STATE BAR NUMBER 261901)
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0248

Attorney for Plaintiff
Guadalupe Jimenez

RICHARD N. HILL, Bar No. 083629
ROBERT L. ZALETEL, Bar No. 96262
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendants
FIRST, LAST & ALWAYS, INC. and DEVEN GADULA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| GUADALUPE JIMENEZ,<br><br>on behalf of himself and others similarly situated,<br>       Plaintiff,<br><br>   vs.<br><br>FIRST, LAST & ALWAYS, INC., DEVEN GADULA, and DOES 1-10<br><br>       Defendants | Case No.: C10-01128 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date:  June 30, 2011<br>Time:  2:00 p.m.<br>Judge:  Hon. Philips J. Hamilton |

The parties fully settled the case at a settlement conference before Judge Spero on January 25, 2011, and a Memorandum of Understanding with the settlement terms was signed at

1

**STIPULATION TO CONTINUE CMC**

that time. Defendants' counsel provided Plaintiffs' counsel with a proposed Stipulation for Class Action Settlement for the detailed allocation of the amounts to the Class Member with which Plaintiff is not in agreement.  The parties are working on the final terms of the settlement, and expect to finalize and file the motion papers for approval within 30 days of June 30, 2011.

     Plaintiff's counsel had been in trial preparation and was put on a standby to be assigned to a judge to start a trial for which the original trial date was June 27, 2011.  As such, Plaintiff's counsel is likely to be in trial or waiting to be called in for trial on June 30, 2011.  As such, the parties request that the Court continue the Case Management Conference currently on calendar for June 30, 2011 to August 4, 2011.

.

Dated:  June 27, 2011      By:    /s/ Adam Wang
      Adam Wang
      Attorney for Plaintiff

Dated:  June 21, 2011      By:  /s/ Robert Zaletel
      Robert Zaletel
      Attorney for Defendants

[~~PROPOSED~~] ORDER

     FOR GOOD CAUSE APPEARING, pursuant to the parties' stipulation, it is so ordered. The parties shall file their motion for preliminary approval of the settlement no later than August 4, 2011.  The Case Management Conference currently scheduled for June 30, 2011 is continued to August 4, 2011.  Should parties file their motion for preliminary approval prior to August 4, 2011, the Case Management Conference scheduled for that day shall be vacated.

Dated:  June 29, 2010      By:  _____
      Phyllis J. Hamilton
      US District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

**STIPULATION TO CONTINUE CMC**